UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY            DATE: 8/2/2023
          United States Magistrate Judge
                                        TIME: 1:00 p.m.

DOCKET NO: 23-cv-01915-NGG-ARL

CASE: Firestone Industrial Products Company, LLC v. Davi Enterprises, Inc.

 X   INITIAL CONFERENCE
___  STATUS CONFERENCE
 X   SCHEDULING CONFERENCE            BY TELEPHONE  X
 X   SETTLEMENT CONFERENCE
___  FINAL CONFERENCE
___  MOTION HEARING

         APPEARANCES:      FOR PLAINTIFF:        FOR DEFENDANTS:
                           Blake Roth            Nicole Bohler

**The following rulings were made:**

The matter is referred to mediation which shall be completed by October 6, 2023. The parties agreed to a schedule which will be entered under a separate Order.

SO ORDERED:
/s/