UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FIRESTONE INDUSTRIAL PRODUCTS COMPANY,
LLC,

                                     Plaintiff,

                                                **SCHEDULING ORDER**
        -against-                                CV 23-cv-1915 (NGG) (ARL)

DAVI ENTERPRISES, INC.,
                                     Defendant.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

**October 27, 2023** : Deadline for filing motion for joinder of additional parties or amendment of pleadings.

**October 16, 2023** : All discovery, inclusive of expert discovery, to be concluded.

**November 30, 2023:** Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**January 9, 2024** : Final conference before the undersigned at **11:00 a.m.** Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before January 8, 2024**.**

     This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D) which requires that applications be made at least forty-eight hours before the scheduled appearance or deadline.

     All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.


Dated: Central Islip, New York          **SO ORDERED:**
       August 2, 2023                              _____s/_____
                                                  ARLENE ROSARIO LINDSAY
                                                  United States Magistrate Judge